NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**ROBERT VERYZER,**
*Petitioner-Appellant,*

**v.**

**UNITED STATES,**
*Respondent-Appellee.*

———————————

2012-5034

———————————

Appeal from the United States Court of Federal Claims in Case No. 06-VV-522, Judge Christine O.C. Miller.

———————————

**JUDGMENT**

———————————

ALAN C. MILSTEIN, Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., of Moorestown, New Jersey, argued for petitioner-appellant.

VORIS E. JOHNSON, JR., Trial Attorney, Torts Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, MARK W. ROGERS, Acting Director, VINCENT J. MATANOSKI, Acting Deputy Director, and GABRIELLE M. FIELDING, Assistant Director.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, PROST, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| August 20, 2012 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |